IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holliday, Thomas R

Printed: 12/23/08

Case Number: 07 B 02580
Judge: Squires, John H
Filed: 2/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 12, 2008
Confirmed: April 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,355.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,220.51 |
| Trustee Fee: |  | 134.49 |
| Other Funds: |  | 0.00 |
| Totals: | 2,355.00 | 2,355.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 2,300.00 | 2,220.51 |
| 2. | Capital One | Unsecured | 162.47 | 0.00 |
| 3. | Nelnet | Unsecured | 6,264.63 | 0.00 |
| 4. | Educational Resources Institute (TERI) | Unsecured | 4,224.29 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 240.06 | 0.00 |
| 6. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 7. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 8. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 9. | Susan Holliday | Unsecured | | No Claim Filed |
| 10. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 11. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 12. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 13. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 14. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 15. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 16. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 17. | Carol Holiday | Unsecured | | No Claim Filed |
| | | | $ 13,191.45 | $ 2,220.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 91.26 |
| 6.5% | 43.23 |
| | $ 134.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Holliday, Thomas R

Printed: 12/23/08

Case Number:  07 B 02580
Judge:  Squires, John H
Filed:  2/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

